| | |
|---|---|
| 1 | Joseph R. Re (SBN 134,479) |
|   | (jre@kmob.com) |
| 2 | Stephen C. Jensen (SBN 149,194) |
|   | (sjensen@kmob.com) |
| 3 | Joseph S. Cianfrani (SBN 196,186) |
|   | (jcianfrani@kmob.com) |
| 4 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   | 2040 Main Street, Fourteenth Floor |
| 5 | Irvine, CA  92614 |
|   | Phone: (949) 760-0404 |
| 6 | Facsimile: (949) 760-9502 |

**JS-6**

Attorneys for Plaintiff,
MASIMO CORPORATION

A. Kristine Floyd (SBN 155,930)
(kfloyd@allenmatkins.com)
Robert C. Shaia (SBN 227,172)
(rshaia@allenmatkins.com)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone:  (949) 553-1313
Fax:  (949) 553-8354

Attorneys for Defendants,
DR. GREGORY JAY and P2LETHLOGICS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>GREGORY JAY, an individual, and P2LETHLOGICS, LLC, a Massachusetts limited liability company,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV07-1163 DOC (ANx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hon. David O. Carter |

# ORDER

The Court having reviewed the Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

**HEREBY ORDERS THAT:**

1. The above-captioned action, including any and all claims and counterclaims brought in the above-captioned case, are hereby dismissed with prejudice;

2. Each party shall bear its own costs and expenses, including attorneys' fees; and

3. The Court shall retain jurisdiction to enforce the Settlement Agreement entered by the parties.

Dated: February 20, 2008     By: /s/ David O. Carter
     Honorable David O. Carter
     United States District Judge

-1-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** via the Court's CM/ECF system pursuant to General Order No. 07-08 II(G) and III(C) on February 20, 2008.

                                          Linda Rivera

4899760
022008